USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAHYA N. JAHMEE,

                Plaintiff,

     - against -

THOMAS E. HARDING, et al,

               Defendants.
-----------------------------------------------------------X

20-CV-3271 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties were due to file a joint status report on September 27, 2023, but they did not do so. (*See* Dkt. 28.) Accordingly, the parties are instructed to file such a report with the Court by December 6, 2023.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1