## *Harmon, Linder & Rogowsky*

*Attorneys at Law*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016
Tel. (212) 732-3665

David Harmon, Esq. *
*(1917-2013)
Mark J. Linder, Esq.
Ira Rogowsky, Esq.
Thomas A. Graci, Esq.
Bret Myerson, Esq.
Keith Mininson, Esq.
Eric Mausolf, Esq
Jordan Byrd, Esq
M. Jean-Jacques, Esq.

Thomas Mutone, Esq.
Jean Osnos, Esq.
Elisabeth Morgan, Esq.
Travis Frank, Esq.
Max Sverdlove, Esq.
Dwayne Crispell, Esq.
Rayne Sassower, Esq.
Matthew Perticone, Esq.
Steven Loren, Esq.
Jordan Hoch , Esq.
Danny Diaz, Esq.

Granted.

SO ORDERED:

4/21/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

April 20, 2026

**VIA ELECTRONIC FILING**

Honorable Magistrate Judge Robert W. Lehrburger
United States District Court - Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Administratrix of Estate, Nasrallah Mohamed, for Yahya N. Jahmee vs. Burak Express, Inc. et al.
    Civil Docket No.: 20-CV-03271 (LAK) (RWL)

Dear Judge Lehrburger:

        This letter serves as the parties' joint status report. The parties respectfully request a 90-day extension of the deadline to file the Stipulation of Dismissal, extending the current deadline from April 15 to August 15, 2026.

        As the Court will recall, the parties settled this matter but needed Surrogate's Court's approval before the settlement could be finalized. Since the Court's last communication, the parties were awaiting receipt of the final Medicaid lien, which has now been received. However, additional time is required to complete the Surrogate's Court filing necessary to distribute the settlement proceeds. Our Surrogate's Court counsel, Jarrett G. Roth, has advised that several executed documents remain outstanding for the Petition to Lift Restrictions in connection with the $25,000 settlement, specifically: (1) the Petition to Lift Restrictions executed by Nasrallah Mohamed, (2) a Bond Affidavit from Ms. Mohamed, and (3) waivers executed by all five of the Decedent's children. Mr. Roth has explained that the administratrix, Nasrallah Mohamed, was hospitalized due to unforeseen medical issues, which delayed execution and return of the required documents. Mr. Roth has maintained regular contact with Ms. Mohamed, and on April 13, 2026, she advised that all outstanding documents are expected to be executed and returned to counsel this week. Upon receipt, Mr. Roth will promptly proceed with filing and will submit an affidavit of urgency to expedite review by the Surrogate's Court.

        As Surrogate's Court approval is required before settlement funds may be distributed, the parties respectfully submit that good cause exists for the requested extension. Accordingly, the parties jointly request that the deadline to file the Stipulation of Dismissal be extended to August 15, 2026.

        The parties thank the Court for its time and consideration.

**RESPECTFULLY SUBMITTED AND JOINTLY FILED BY COUNSEL**

*Michelle Jean-Jacques*                          *Tomas B. Lim*
Michelle Jean-Jacques, Esq.                      Tomas B. Lim, Esq.
Attorneys for Plaintiff (s)                      Attorneys for Defendant(s)